# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| REBECCA TIMS, | ) |
| Plaintiff, | ) |
| vs. | ) Civil No. 13-0317-CG-C |
| ORLANDO DALE, et al., | ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the Order granting the motion for summary filed by Defendants Chief Jason Dean and the City of Atmore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant, Chief Jason Dean and the City of Atmore, and against Plaintiff, Rebecca Tims. It is, therefore, **ORDERED** that the Plaintiff's claims against Defendants Chief Jason Dean and the City of Atmore are hereby **DISMISSED with prejudice**. Costs are to be taxed against the Plaintiff.

**DONE and ORDERED** this 13th day of August, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE